IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RE: WILLIAM T. & CHERYL D. ZVIRBLIS, ) <br> ) <br> U.S. Bank, N.A., ITS SUCCESSORS AND/ ) <br> OR ASSIGNS, ) <br> Creditor, ) <br> vs. ) <br> ) <br> WILLIAM T. & CHERYL D. ZVIRBLIS, ) <br> Debtor(s), ) <br> ) | CASE NO. 09B72837 <br> JUDGE MANUEL BARBOSA |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of U.S. Bank, N.A., ITS SUCCESSORS AND/OR ASSIGNS, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to U.S. Bank, N.A., ITS SUCCESSORS AND/OR ASSIGNS and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 886 Plymouth Lane, Island Lake, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: OCT 7 2009        ENTERED BY: _____
                                        Bankruptcy Judge MANUEL BARBOSA

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 09-5708